SEND-ENT



THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MESBAH, ) | CV 99-06877-JSL |
|         Plaintiff, ) | ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
|     v. ) | |
| JANET RENO, ATTORNEY GENERAL OF) THE UNITED STATES DEPARTMENT OF) JUSTICE, IN HER OFFICIAL ) CAPACITY AND AS AGENCY HEAD, ) | |
|         Defendant. ) | |



The motion of federal defendant Janet Reno, Attorney General of the United States Department of Justice, to dismiss was decided without hearing on December 2, 1999.

Having reviewed the papers filed in connection with this matter, and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that the motion of defendant Janet Reno to dismiss the case in its entirety be granted.

IT IS SO ORDERED.

DATED: 12/2/99

_____
J. Spencer Letts
United States District Judge

DEC 03 1999

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

11.