'ORIGINAL'

P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.     CV 99-6877 RJK                    Date: August 31 2004

Title:       Mesbah v. Ridge

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

    Debra O'Neill             None Present
    Courtroom Clerk          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
    None Present              None Present

PROCEEDINGS: In Chambers – **Order on Defendant's Motion to Dismiss**

Before the Court is Defendant Tom Ridge's Motion to Dismiss the First Amended Complaint.

On May 20, 2004, Plaintiff Sonny Mesbah filed a First Amended Complaint against Defendant Tom Ridge in his official capacity and as Secretary of Homeland Security. The First Amended Complaint alleged the following causes of action: (1) violation of the Rehabilitation Act; and (2) violation of Title VII of the Civil Rights Act.

On July 8, 2004, Defendant filed the instant motion to dismiss. The Parties appeared before the Court on August 30, 2004 for oral argument. After considering the Parties' arguments and the record, the Court hereby rules as follows:

(1)   Defendant's motion to dismiss the first cause of action for violation of the Rehabilitation Act is **GRANTED**.

(2)   Defendant's motion to dismiss the second cause of action for violation of Title VII is **GRANTED IN PART**. Specifically, Plaintiff has stated a claim for the following

MINUTES FORM 11                    Initials of Deputy Clerk ___
CIVIL-GEN



DOCKETED ON CM

AUG 3 1 2004

BY _____ 009

charges: (i) his removal from an eligibility list for an Immigration Agent position; (ii) his non-selection for an Immigration Inspector position in 1997; and (iii) his non-selection for an Immigration Inspector position in 2000. All of Plaintiff's other charges of discriminatory employment actions under Title VII are **DISMISSED** without prejudice.

**The Court hereby grants Plaintiff thirty (30) days leave to file an amended complaint.**

IT IS SO ORDERED.

MINUTES FORM 11                                    Initials of Deputy Clerk
CIVIL - GEN