MELANIE M. YANG (CA.BAR #213921)
ROSS, ROSE & HAMMILL, LLP
433 N. Camden Dr., Suite 980
Beverly Hills, CA 90210
Tel: (310) 860-9620
Fax: (310) 860-9624

Attorneys for Plaintiff,
SONNY MESBAH

Priority Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MESBAH, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, in his official capacity as Secretary of Homeland Security, <br><br> Defendant. | Case No. CV 99-06877 RJK (CTx) <br><br> STIPULATION TO DISMISS WITH PREJUDICE ; [PROPOSED] ORDER THEREON |

The Plaintiff and Defendant agree that Plaintiff will dismiss this action with prejudice and that each side shall bear its own costs.

DATED: March 14, 2005

By: _____
MELANIE M. YANG, Attorney for
Plaintiff, SONNY MESBAH

DATED: March 14, 2005

By: _____
ROBYN-MARIE LYON MONTELEONE,
Attorney for Defendant, MICHAEL
CHERTOFF

DOCKETED ON CM
MAR 18 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

53

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY MESBAH, | Case No. CV 99-06877 RJK (CTx) |
| Plaintiff, | |
| v. | ~~PROPOSED~~ ORDER |
| JANET RENO, Attorney General of the United States Department of Justice, in her official capacity and as agency head, | |
| Defendant. | |

Upon consideration of the Stipulated Dismissal between the parties, the above entitled action is dismissed with prejudice. Each side shall bear its own costs.

SO ORDERED, this 16TH day of March, 2005.

*Robert J. Kelleher*

United States District Court Judge

# PROOF OF SERVICE

State of California,
County of Los Angeles

1. I am a citizen of the United States and am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to the within action. My business address is 433 N. Camden Dr., Suite 980, Beverly Hills, California 90210.

2. I am familiar with the practice of the Law Offices of Ross, Rose & Hammill, LLP for collection and processing of correspondence for mailing with the United States Postal Service. It is the practice that correspondence is deposited with the United States Postal Service the same day it is submitted for mailing.

On March 14, 2005, I served the foregoing document described as STIPULATED DISMISSAL on interested parties by placing a true and correct copy thereof enclosed in a sealed envelope, with postage fully prepaid, addressed as follows:

ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, CA 90012

_____ (BY REGULAR MAIL) I caused such an envelope to be mailed by placing it for collection and mailing, in the course of ordinary business practice, with other correspondence of the Law Offices of Ross, Rose & Hammill, LLP, located at 433 N. Camden Dr., Suite 980, Beverly Hills, California 90210.

XXXX (BY FACSIMILE) I personally faxed such document the offices of the addressee.

EXECUTED on March 14, 2005, at Beverly Hills, California.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXXX (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Samuel Brinson

-3-